# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Sarah Pastewski )
)
) **Bankruptcy No.** 09 B 36696
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on February 28, 2013 at 10:30 a.m. In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Sarah Pastewski
Bankruptcy No. 09 B 36996

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*
Scott L. Belford
54 North Ottawa Street - Suite 360
Joliet, IL 60432

*Trustee*
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

*U.S. Trustee*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
Sarah Pastewski
8800 S. Harlem Ave - Lot 308
Bridgeview, IL 60455