# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| SARAH PASTEWSKI | ) | Case No. 09-36696 |
| | ) | |
| | ) | Hon. Jack Schmetterer |

## FINAL APPLICATION FOR
## COMPENSATION OF COUNSEL FOR THE TRUSTEE

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses. HERZOG & SCHWARTZ, P.C. has divided this application into two parts. The first part of the application shall review the problems confronted by the Trustee and provide general background information. The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

1. On October 1, 2009, SARAH PASTEWSKI (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.Thereafter, DAVID R. HERZOG was appointed Trustee and accepted his appointment.

2. After examining the Debtor at a 341 Meeting of Creditors, the Trustee filed a No-Asset Report and on January 22, 2010, the case was closed. Subsequent to the closing of the case, the Trustee was advised by counsel for the Debtor that she was a party in a "whistleblower" action, at which time the Trustee moved the court to reopen the matter.

3. This fee application covers services rendered by the law firm for the period of February 1, 2012 through the present. The billable rates for members of the law firm were charged on an hourly. The law firm spent 13.50 hours preparing motions to reopen the case and employ professionals, court appearances on said motions, as well as court appearances on status hearings. A detailed description of each time entry is attached to this application as Exhibit A.

4. The firms seeks compensation in the amount for $5,400.00.

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1) Granting the law firm reasonable compensation of $5,400.00, and necessary expenses of $0.00 for legal services rendered in this case.

2) For such further relief that this Honorable Court deems just and reasonable.

HERZOG & SCHWARTZ, P.C.


By: /s/ David R. Herzog


David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/27/11 | Herzog, David<br>Prepare motion to re-open case and vacate no-asset report to administer Whistle Blower action not disclosed by Petitioner. | 2.50 | $1000.00 |
| 03/15/13 | Herzog, David<br>Attend court call and reopen case. | 1.00 | $400.00 |
| 01/03/13 | Herzog, David<br>Prepare motion to retroactively employ William McMahon as Special Counsel for the Trustee. | 1.50 | $600.00 |
| 01/03/13 | Herzog, David<br>Prepare motion to approve settlement of cause of action pursuant to Bankruptcy Court Rule 9019. | 2.50 | $1000.00 |
| 01/03/13 | Herzog, David<br>Court appearance re status. | 1.00 | $400.00 |
| 01/24/13 | Herzog, David<br>Appear in court for approval of Employment of attorney and compromise of whistle blower case. | 1.00 | $400.00 |
| 01/24/13 | Herzog, David<br>Prepare motion to employ David Herzog retroactively as counsel. | 1.00 | $400.00 |
| 01/31/13 | Herzog, David<br>Court appearance re employment motion. | 1.00 | $400.00 |
| 02/28/13 | Herzog, David<br>Attend court status. | 1.00 | $400.00 |
| 09/26/13 | Herzog, David<br>Attend court status. | 1.00 | $400.00 |
| | TOTAL | | $5400.00 |