**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter    7 |
| | ) | |
| SARAH PASTEWSKI | ) | Case No. 09-36696 |
| | ) | |
| | ) | Hon. Jack Schmetterer |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of the U.S. Bankruptcy Court
    219 South Dearborn Street, Suite 682
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    A hearing on the fee applications and any objection to the Final Report will be held on March 27, 2014  at 10:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____     By:  /s/    David R. Herzog_____
                                                                                  Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 09-36696-JBS
Sarah Pastewski                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt            Page 1 of 1              Date Rcvd: Mar 03, 2014
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2014.
```
db          +Sarah Pastewski,    8800 S. Harlem Ave - Lot 308,    Bridgeview, IL 60455-2913
aty         +William J McMahon,    Hoey & Farina law firm,    542 South Dearborn,    Suite 200,
              Chicago, IL 60605-1522
14526971    +Belford Law Offices,    54 N Ottawa St Ste 360,    Joliet, IL 60432-4416
14526972    +CSX Chicago Terminal Credit Union,    1700 - 167th Street,    Calumet City, IL 60409-5481
14526974    +Grant's Appliances,    321 Republic Avenue,    Joliet, IL 60435-6519
14526975    +HSBC Retail Services,    P. O. Box 17602,    Baltimore, MD 21297-1602
20904988     Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
14526977     Nissan Motor Acceptance,    P. O. Box 9001132,    Louisville, TX  75266
14526970    +Pastewski Sarah,    8800 S Harlem Ave - Lot 308,    Bridgeview, IL 60455-2913
14638204     Volkswagen Credit Card Services,    P O Box 15298,    Wilmington, DE 19850-5298
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14526973     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 04 2014 00:38:46     Discover Card,
              P. O. Box 15316,    Wilmington, DE  19850
19997625     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 04 2014 00:38:46     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20271292     E-mail/PDF: rmscedi@recoverycorp.com Mar 04 2014 00:36:40     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14526976     E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2014 00:27:12     JCPenney,    P. O. Box 960090,
              Orlando, FL  32896-0090
14550494    +E-mail/Text: vci.bkcy@vwcredit.com Mar 04 2014 00:25:20     VW Credit, Inc.,    PO BOX 829009,
              Dallas, TX 75382-9009
20146108    +E-mail/Text: vci.bkcy@vwcredit.com Mar 04 2014 00:25:20     VW Credit, Inc.,
              9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
14526978    +E-mail/Text: vci.bkcy@vwcredit.com Mar 04 2014 00:25:20     Volkswagen Credit,    P. O. Box 17497,
              Baltimore, MD 21297-1497
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2014 at the address(es) listed below:
```
              David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott L. Belford    on behalf of Debtor Sarah  Pastewski belfordlaw@yahoo.com
                                                                                             TOTAL: 4
```